IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:21 MJ 61-1 |
| | : | |
| LAURA STEELE | : | |
| | : | |

## NOTICE OF APPEARANCE

NOW COMES the undersigned, John D. Bryson, who gives notice that he is appearing in the above-captioned matter for Defendant Laura Steele, and will represent Defendant in all future proceedings in the Middle District of North Carolina.

This the 18th day of February 2021.

                                                Respectfully submitted,

                                                /s/John D. Bryson_____
                                                John D. Bryson (N.C.S.B. No. 12883)
                                                Counsel for Defendant
                                                1912 Eastchester Dr., Ste. 400
                                                High Point, NC 27265
                                                Telephone: (336) 819-6016
                                                Facsimile: (336) 819-6076
                                                jbryson@wehwlaw.com

# **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on the 18th day of February 2021, he served true and correct copies of the foregoing document upon counsel of record below by using the ECF Electronic filing system:

    Graham T. Green
    Assistant United States Attorney
    graham.green@usdoj.gov

    /s/John D. Bryson
    John D. Bryson (N.C.S.B. No. 12883)
    Attorney for Defendant