IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 1:21-MJ-61 |
| | ) | |
| LAURA STEELE | ) | |

**MOTION TO WITHDRAW**

Undersigned counsel hereby requests that this Honorable Court enter its Order allowing him to withdraw as counsel in this matter.

As grounds for this motion, counsel alleges:

1. That I was appointed to represent Ms. Steele.

2. That Ms. Steele has retained the services of attorney John Bryson. Mr. Bryson filed his notice of appearance yesterday.

Respectfully submitted this the 19th day of February 2021.

/s/ Mark E. Edwards
Attorney for Defendant
P.O. Box 51295
Durham, N.C. 27717
(919) 688-9555 Fax 683-5650
NC Bar 16995
Medwardslaw@hotmail.com

## CERTIFICATE OF SERVICE

I hereby certify on this the 19th day of February 2021, I electronically filed the foregoing with the Clerk of the Court using the ECM/ECF system which will send notification of such filing to Assistance United States Attorney Tanner L. Kroeger.

/s/ Mark E. Edwards