# UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF NORTH CAROLINA

United States of America
        Plaintiff(s)

v.

    LAURA STEELE
        Defendant(s)

**EXHIBIT AND WITNESS LIST**

Case Number: 1:21-mj-00061-JLW-1

| Presiding Judge | | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|---|
| Judge Webster | | Graham Green, AUSA | John Bryson |

| Hearing Date: | | Court Reporter | Courtroom Deputy |
|---|---|---|---|
| 2/23/2021 | | Proceedings Recorded | Donita M. Kemp |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2/23/2021 | | | Task Force Officer, Max Wooten (witness) |
| | X | 2/23/2021 | | | Kenneth Steele (witness) |

Page 1 of 1