IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | 1:21MJ61-1 |
| | : | |
| LAURA STEELE | : | |

NOTICE OF APPEARANCE

NOW COMES the United States of America by and through Matthew G.T. Martin, United States Attorney for the Middle District of North Carolina, gives Notice of Appearance of Counsel in the above-captioned case and states to the Court the following:

Graham T. Green is entering as entering as counsel in the case <u>United States v. Laura Steele</u>, 1:21MJ61. He is also to be served with any electronic or manual filings in this case.

This the 26th day of February, 2021.

                                        Respectfully submitted,

                                        MATTHEW G.T. MARTIN
                                        United States Attorney

                                        /S/ GRAHAM T. GREEN
                                        Assistant United States Attorney
                                        NCSB #22082
                                        United States Attorney's Office
                                        Middle District of North Carolina
                                        251 N. Main Street
                                        Winston-Salem, NC   27101
                                        Phone:   336/333-5351

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John D. Bryson, Esquire

Respectfully submitted,

/S/ GRAHAM T. GREEN
Assistant United States Attorney
NCSB #22082
United States Attorney's Office
Middle District of North Carolina
251 N. Main Street
Winston-Salem, NC 27101
Phone: 336/333-5351